UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, Plaintiff | ) | C.A. No. 08-001/ML |
| v. | ) | |
| DANIEL LAPLANTE, Defendant | ) | |

**APPLICATION FOR ENTRY OF DEFAULT**

Pursuant to Fed. R. Civ. P. 55(a), and based on the Affidavit of Timothy M. Bliss, filed herewith, plaintiff The United States Life Insurance Company in the City of New York requests that the Clerk of the Court enter default against defendant Daniel LaPlante for failure to plead or otherwise defend as required by the Federal Rules of Civil Procedure.

/s/ Timothy M. Bliss

Brooks R. Magratten, No. 3585
Timothy M. Bliss, No. 6228
VETTER & WHITE
Attorneys for Plaintiff The United States Life Insurance Company in the City of New York
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
tbliss@vetterandwhite.com

Dated: February 8, 2008

CERTIFICATE OF SERVICE

To:

Mr. Daniel LaPlante
92 Brookwood Road
Warwick, RI 02889

I hereby certify that I served on the above-named party a copy of the within Application for Entry of Default by mailing first class mail, postage prepaid, on the 8th day of February, 2008.

/s/ Timothy M. Bliss