UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, Plaintiff | ) | C.A. No. 08-001/ML |
| v. | ) | |
| DANIEL LAPLANTE, Defendant | ) | |

**AFFIDAVIT OF TIMOTHY M. BLISS IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT**

STATE OF RHODE ISLAND )
) ss.
COUNTY OF PROVIDENCE )

Timothy M. Bliss, being sworn on oath, is deposed and states that:

1. I am attorney for plaintiff The United states Life Insurance Company in the City of New York in this matter.

2. Attached hereto as Exhibit A is a true and accurate copy of the return of service executed by Constable Thomas J. Sherman., showing personal service of the summons and complaint on defendant Daniel LaPlante ("LaPlante"), on January 5, 2008.

3. More than twenty (20) days have elapsed since service of the summons and complaint on LaPlante.

4. LaPlante has failed to plead or otherwise defend against the complaint as provided in the Federal Rules of Civil Procedure. LaPlante has failed to serve an answer or other responsive pleading on me. The Court's file in this matter, as maintained by the Clerk of Court, shows no answer or other responsive pleading filed by defendant LaPlante as of February 8, 2008, the date I last inspected the file.

5. LaPlante is neither an infant nor an incompetent and, to my knowledge, is not in the United States military service.

Timothy M. Bliss, Esq.

Subscribed and swom to before me
this 8th day of February, 2008.

______________, Notary Public
My Commission Expires: 9/19/09

CERTIFICATE OF SERVICE

To:

Mr. Daniel LaPlante
92 Brookwood Road
Warwick, RI 02889

I hereby certify that I served on the above-named party a copy of the within Affidavit by mailing first class mail, postage prepaid, on the 8th day of February, 2008.

/s/ Timothy M. Bliss