# EXHIBIT A

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

The U.S. Life Ins. Co. in the City of NY

V.

Daniel LaPlante

SUMMONS IN A CIVIL CASE

CA 08 001 ML

CASE NUMBER:

TO: (Name and address of Defendant)

Mr. Daniel LaPlante
92 Brookwood Road
Warwick, RI 02889

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brooks R. Magratten, Esq.
Timothy M. Bliss, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

January 2, 2008

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 1-5-08 |
|---|---|
| NAME OF SERVER (PRINT) Thomas J. Sherman | TITLE Constable # 6102 |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the ~~third party~~ defendant. Place where served: 92 Brookwood Rd Warwick

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: __________

☐ Returned unexecuted: __________

☐ Other (specify): __________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-5-08
Date

[signature]
Signature of Server

111 Winnegon Circle Warwick
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.