UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK,**
**Plaintiff,**

**v.** **C.A. N0. 08-001ML**

**DANIEL LaPLANTE,**
**Defendant.**

**CLERK'S ENTRY OF DEFAULT**
**as to Defendant Daniel LaPlante**

It appearing from the records in this action that Summons has been served upon defendant, and it further appearing from the declaration of counsel for Plaintiff and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure that defendant has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiff's counsel, the DEFAULT of Defendant Daniel LaPlante hereby is entered.

Enter:

Deputy Clerk

DATED: February 8, 2008