UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, Plaintiff | ) | C.A. No. 08-001/ML |
| v. | ) | |
| DANIEL LAPLANTE, Defendant | ) | |

**APPLICATION FOR ENTRY OF JUDGMENT BY DEFAULT**

The Clerk of the Court having entered default against defendant Daniel LaPlante on February 8, 2008, plaintiff The United States Life Insurance Company in the City of New York hereby requests pursuant to Rule 55(b)(1) that the Clerk of the Court enter judgment by default against defendant Daniel LaPlante in the amount of $74,530.60, plus interest, as well as $2,319.25 in attorneys' fees and $389.85 in costs.

Pursuant to Fed. R. Civ. P. 55(b)(1), and based on the affidavits of Martha Towle and Timothy M. Bliss, filed herewith, plaintiff The United States Life Insurance Company in the City of New York requests that the Clerk of the Court enter default against defendant Daniel LaPlante for failure to plead or otherwise defend as required by the Federal Rules of Civil Procedure.

/s/ Timothy M. Bliss
Brooks R. Magratten, No. 3585
Timothy M. Bliss, No. 6228
VETTER & WHITE
Attorneys for Plaintiff The United States Life Insurance Company in the City of New York
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
tbliss@vetterandwhite.com

Dated: March 21, 2008

CERTIFICATE OF SERVICE

To:

Mr. Daniel LaPlante
92 Brookwood Road
Warwick, RI 02889

I hereby certify that I served on the above-named party a copy of the within Application for Entry of Default by mailing certified mail, return receipt requested, postage prepaid, on the 21st day of March, 2008.

/s/ Timothy M. Bliss

# CERTIFICATION

Pursuant to Local Rule 55, the within Application for Entry of Judgment by Default was served upon the defendant by Certified Mail, Return Receipt Requested. A copy of the executed Return Receipt is attached hereto.

/s/ Timothy M. Bliss

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Daniel LaPlante
92 Brookwood Road
Warwick, RI 02889

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MAR 24 2008

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7004 2890 0002 0119 1822

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540