UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, Plaintiff | ) | C.A. No. 08-001/ML |
| v. | ) | |
| DANIEL LAPLANTE, Defendant | ) | |

**AFFIDAVIT OF TIMOTHY M. BLISS IN SUPPORT OF APPLICATION FOR ENTRY OF JUDGMENT BY DEFAULT**

STATE OF RHODE ISLAND )
) ss.
COUNTY OF PROVIDENCE )

Timothy M. Bliss, being sworn on oath, is deposed and states that:

1. I am attorney for plaintiff The United States Life Insurance Company in the City of New York in this matter.

2. Attached hereto as Exhibit A is a true and accurate copy of the return of service executed by Constable Thomas J. Sherman, showing personal service of the summons and complaint on defendant Daniel LaPlante ("LaPlante"), on January 5, 2008.

3. After LaPlante failed to answer the complaint or otherwise appear within 20 days of service, the Clerk of the Court entered default against LaPlante on February 8, 2008.

4. Since default was entered against him, LaPlante has not appeared or otherwise sought to defend in this matter. LaPlante has failed to serve an answer or other responsive pleading on me. The Court's file in this matter, as maintained by the Clerk of Court, shows no answer or other responsive pleading filed by defendant LaPlante as of March 13, 2008, the date I last inspected the file.

5. I rely upon and incorporate by reference the affidavit, submitted herewith, by Martha Towle.

6. LaPlante is neither an infant nor an incompetent and, to my knowledge, is not in the United States military service as defined in the Soldiers' and Sailors' Civil Relief Act of 1940, as amended.

7. Through March 1, 2008, the plaintiff has incurred $2,319.25 in attorneys' fees and $389.85 in costs in connection with this matter.

Timothy M. Bliss

Timothy M. Bliss, Esq.

Subscribed and sworn to before me
this 20th day of March, 2008.

Michael J. Daly

Michael J. Daly, Notary Public
My Commission Expires: 9/19/09

CERTIFICATE OF SERVICE

To:

Mr. Daniel LaPlante
92 Brookwood Road
Warwick, RI 02889

I hereby certify that I served on the above-named party a copy of the within Affidavit by mailing certified mail, return receipt requested, postage prepaid, on the 21st day of March, 2008.

/s/ Timothy M. Bliss