UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, Plaintiff | ) | C.A. No. 08-001/ML |
| v. | ) | |
| DANIEL LAPLANTE, Defendant | ) | |

**JUDGMENT**

This action came to trial or hearing before the Court. The issues have been tried or heard, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the plaintiff against the defendant GRANTING the plaintiff's Application for Entry of Judgment by Default in the amount of $74,530.60, plus prejudgment interest of $5,962.45, as well as $2,319.25 in attorneys' fees and $389.85 in costs, for a total judgment amount of $83,202.15.**

Enter:

Barbara Barletta
Deputy Clerk

Dated: April 23, 2008

Submitted by: Timothy M. Bliss, R.I. Bar No. 6228, Vetter & White, Attorneys for Plaintiff, 20 Washington Place, Providence, RI 02903, Tel. (401) 421-3060, Fax (401) 272-6803, tbliss@vetterandwhite.com.

## CERTIFICATE OF SERVICE

To:

Mr. Daniel LaPlante
92 Brookwood Road
Warwick, RI 02889

I hereby certify that I served on the above-named party a copy of the within Judgment by first class mail, postage prepaid, on the 23rd day of April, 2008.

/s/ Timothy M. Bliss