DC 11
Rev. 7/82

# WRIT OF EXECUTION

C.A. No. 08-001/ML

| United States District Court | DISTRICT Rhode Island |
|---|---|

TO THE MARSHAL OF:
District of Rhode Island

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME Daniel LaPlante, 92 Brookwood Road, Warwick, RI 02889

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | | DOLLAR AMOUNT |
|---|---|---|
| $83,202.15 | and | |

in the United States District Court for the ________ District of Rhode Island, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Daniel LaPlante

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| United States District Court | Rhode Island |
| CITY Providence, RI 02903 | DATE 8/19/08 |

Witness the Honorable Mary M. Lisi
(United States Judge)

| DATE | CLERK OF COURT |
|---|---|
| 5/19/08 | David A. DiMarzio |
| | (BY) DEPUTY CLERK Barbara Barletta |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |