162531

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>United States Life Insurance Co. in the City of New York | COURT CASE NUMBER<br>08-001/ML |
| DEFENDANT<br>Daniel LaPlante | TYPE OF PROCESS<br>Writ of Execution |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Daniel LaPlante

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
92 Brookwood Road, Warwick, RI 02889

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Vetter & White<br>20 Washington Place<br>Providence, RI 02903 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, *All Telephone Numbers, and Estimated Times Available for Service):*

Fold

Fold

Entered JDIS:
Date: 5/20/08 / 6/5/08
Initial: [signature]

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Timothy M. Bliss | ☒ PLAINTIFF ☐ DEFENDANT | (401) 421-3060 | 5/19/08 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 70 | No. 70 | Edward R. Kawa | 05/19/08 |

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| | | |
|---|---|---|
| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
| Address *(complete only different than shown above)* | Date<br>6/3/08 | Time<br>0730 ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy<br>[signature] | |

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 135.00 | 15.00 | | 150.00 | $150.00 | Ø |

REMARKS:
End 5/30 1 DUSM, 1 hr, 24 miles 3:30pm No one Home
End 6/2 1 DUSM, 1 hr, 24 miles 4:10pm " " "
End 6/3 1 DUSM, 1 hr, 24 miles 0730Am Served
Total: 1 DUSM, 3hrs, 72 miles for 3 End.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

DC 11
Rev. 7/82

# WRIT OF EXECUTION

C.A. No. 08-001/ML

**United States District Court** — DISTRICT: Rhode Island

TO THE MARSHAL OF:
District of Rhode Island

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME: Daniel LaPlante, 92 Brookwood Road, Warwick, RI 02889

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | | DOLLAR AMOUNT |
|---|---|---|
| $83,202.15 | and | |

in the United States District Court for the ______ District of Rhode Island, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Daniel LaPlante

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| | |
|---|---|
| PLACE: United States District Court | DISTRICT: Rhode Island |
| CITY: Providence, RI 02903 | DATE: 8/19/08 |

Witness the Honorable Mary M. Lisi
(United States Judge)

| | |
|---|---|
| DATE: 5/19/08 | CLERK OF COURT: David A. DiMarzio |
| | (BY) DEPUTY CLERK: Barbara Barletta |

## RETURN

| | |
|---|---|
| DATE RECEIVED: 5/ /08 | DATE OF EXECUTION OF WRIT: 6/3/08 |

This writ was received and executed.

| | |
|---|---|
| U.S. MARSHAL: Burton Stallwood | (BY) DEPUTY MARSHAL: Robert D Young |

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, Plaintiff | ) | C.A. No. 08-001/ML |
| v. | ) | |
| DANIEL LAPLANTE, Defendant | ) | |

## JUDGMENT

This action came to trial or hearing before the Court. The issues have been tried or heard, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the plaintiff against the defendant GRANTING the plaintiff's Application for Entry of Judgment by Default in the amount of $74,530.60, plus prejudgment interest of $5,962.45, as well as $2,319.25 in attorneys' fees and $389.85 in costs, for a total judgment amount of $83,202.15.**

Enter:

Barbara Barletta
Deputy Clerk

Dated: April 23, 2008

Submitted by: Timothy M. Bliss, R.I. Bar No. 6228, Vetter & White, Attorneys for Plaintiff, 20 Washington Place, Providence, RI 02903, Tel. (401) 421-3060, Fax (401) 272-6803, tbliss@vetterandwhite.com.

CERTIFICATE OF SERVICE

To:

Mr. Daniel LaPlante
92 Brookwood Road
Warwick, RI 02889

I hereby certify that I served on the above-named party a copy of the within Judgment by first class mail, postage prepaid, on the 23rd day of April, 2008.

/s/ Timothy M. Bliss