U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See *"Instructions for Service of Process by U.S. Marshal"*

PLAINTIFF: United States Life Insurance Co. in the City of New York

COURT CASE NUMBER: 08-001/ML

DEFENDANT: Daniel LaPlante

TYPE OF PROCESS:

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: City Clerk, City of Warwick, Land Evidence Records
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 3275 Post Road, Warwick, RI 02886

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Vetter & White
20 Washington Place
Providence, RI 02903

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Fold

Fold

RECEIVED
2008 JUN 20 A 11:38
U.S. MARSHAL'S OFFICE DISTRICT OF R.I.

INST: 00010350 Bk: 6872 Pg: 187

Signature of Attorney other Originator requesting service on behalf of: [signature: Timothy M. Bliss]
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: 401-421-3060
DATE: 6/20/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 70 | No. 70 | [signature: Edward R. Kawa] | 06/20/08 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*:

Date: 6/20/08
Time: 1:48 [ ] am [X] pm

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 45.00 | Ø | Ø | 45.00 | 150.00 | 105.00 ~~$0.00~~ |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

INST: 00010350 Bk: 6872 Pg: 188

DC 11
Rev. 7/82

# WRIT OF EXECUTION

C.A. No. 08-001/ML

| United States District Court | DISTRICT Rhode Island |
|---|---|

TO THE MARSHAL OF:

District of Rhode Island

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME Daniel LaPlante, 92 Brookwood Road, Warwick, RI 02889

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | | DOLLAR AMOUNT |
|---|---|---|
| $83,202.15 | and | |

in the United States District Court for the ______ District of Rhode Island, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Daniel LaPlante

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| | |
|---|---|
| PLACE United States District Court | DISTRICT Rhode Island |
| CITY Providence, RI 02903 | DATE 8/19/08 |

Witness the Honorable Mary M. Lisi
*(United States Judge)*

| | |
|---|---|
| DATE 5/19/08 | CLERK OF COURT David A. DiMarzio |
| | (BY) DEPUTY CLERK Barbara Barletta |

**RETURN**

| | |
|---|---|
| DATE RECEIVED 5/ /08 | DATE OF EXECUTION OF WRIT 6/3/08 |

This writ was received and executed.

| | |
|---|---|
| U.S. MARSHAL Burton Stallwood | (BY) DEPUTY MARSHAL Robert D Young |

## LEGAL DESCRIPTION

## EXHIBIT "A"

That certain lot or parcel of land with all buildings and other improvements thereon, situated in the City of Warwick, County of Kent, State of Rhode Island, laid out and designated as Lot Number Nine (9) on that plat entitled "Sub-division No. 1 Brookwood Warwick, Rhode Island Belonging to J.R.C. Realty Corp. By Clarence F. Lamb Engr. Oct., 1962. Scale 1" = 80'", which plat is recorded with the Land Evidence Records of the City of Warwick on Recorded Plat 569.

Also designated as Lot 325 on Assessor's Plat 339 in said City of Warwick.

SUBJECT to restrictions of record.

RECORDED
Jun 20,2008 01:48:20P
Marie T. Bennett, City Clerk
City of Warwick, RI

Official Receipt for Recording in:

Warwick City Clerk
City Hall
3275 Post Road
Warwick, Rhode Island 02886

Issued To:

VETTER & WHITE INC
US MARSHAL - ROBERT YOUNG

WARWICK RI 02886-

Recording Fees

| Document Description | Number | Volm | Page | Recording Amount |
|---|---|---|---|---|
| Execution | 00010350 | 6872 | 187 | $10.00 |
| Land Evidence Fees (90%) | | | | 9.00 |
| Land Preservation/Tech (1 | | | | 1.00 |
| 1-LAPLANTE, DANIEL | | | | |
| 2-UNITED STATES LIFE INSURANCE CO IN THE C | | | | |
| 01:48:20p | | | | |
| | | | | $10.00 |

Collected Amounts

| Payment Type | Check Number | Amount |
|---|---|---|
| Check | 0931 | $20.00 |
| | | $20.00 |

Total Received : $20.00
Less Total Recordings: $10.00

Change Due : $10.00

Thank You
MARIE BENNETT - City Clerk

By - clerk3 clerk3

REC'D $10.00
31

Receipt# 0054380 Date 06/20/2008 Time 01:50p

06/23/08